# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAKER, | CASE NO. 2:18-cv-00606-MCE-DB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| EQUIFAX, INC.; COLUMBIA COLLECTIONS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and expenses, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE